■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREL CORIAN, Appellant. [996 NYS2d 917]—

Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about October 26, 2012, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly applied the presumptive override for defendant's prior felony conviction for persistent sexual abuse (Penal Law § 130.53), and properly exercised its discretion in declining to grant a downward departure. Defendant's principal arguments are similar to arguments this Court rejected on defendant's appeal from another sex offender adjudication arising out of a similar conviction (77 AD3d 590 [1st Dept 2010], lv denied 16 NY3d 705 [2011]), and we see no reason to reach a

different result. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.